# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                              **Case No.  6:07-cr-149-Orl-31KRS**

**RICARDO ORTIZ-MEJIAS**

_____

## ORDER

     This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO DISMISS FOR LACK OF JURISDICTION AND MOTION TO SET ASIDE REVOCATION HEARING (Doc. No. 13)** |
| **FILED:** | **October 22, 2007** |

     Because the defendant is detained, it is essential that this matter be resolved as soon as practicable.  Accordingly, it is **ORDERED** that the United States shall file a response to this motion on or before October 31, 2007.

     **DONE** and **ORDERED** in Orlando, Florida on this 24th day of October, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
United States Probation Office
Counsel for Defendant