# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                                               Case No. 6:07-cr-149-Orl-31KRS

**RICARDO ORTIZ**

## ORDER

On November 1, 2007, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 16), recommending that Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. 13) be DENIED. Defendant filed timely objections to the Report (Doc. 17). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Motion to Dismiss for Lack of Jurisdiction (Doc. 13) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 14, 2007.

                                                                      GREGORY A. PRESNELL
                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Ricardo Ortiz